506 real estate one natalia

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| NATALIA V. ZAVODCHIKOV, ) | Case No. 14-20014 TPA |
| Debtor, ) | Chapter 11 |
| NATALIA V. ZAVODCHIKOV, ) | Adversary No. |
| Plaintiff, ) | Docket No. _____ |
| vs. ) | |
| SUNTRUST MORTGAGE, INC., UNITED STATES ) | |
| DEPARTMENT OF THE TREASURY, INTERNAL ) | |
| REVENUE SERVICE, COMMONWEALTH OF ) | |
| PENNSYLVANIA, DEPARTMENT OF REVENUE, ) | |
| WHIRL MAGAZINE, LLC, and CAPITAL ONE ) | |
| BANK, USA, N.A. ) | |
| Defendants. ) | |

## COMPLAINT TO DETERMINE SECURED STATUS

NOW COMES, NATALIA V. ZAVODCHIKOV, debtor in the above-referenced chapter 11 proceeding ("Debtor"), through undersigned counsel, files the within complaint under 11 U.S.C. §506 to determine the secured status of the claims of the Defendants, Suntrust Mortgage, Inc., United States Department of the Treasury, Internal Revenue Service, Commonwealth of Pennsylvania, Department of Revenue, Whirl Magazine, LLC, and Capital One Bank, USA, NA, and in support thereof represent as follows:

1. The Debtor is the owner of a certain residential property located at 416 Johnston Road, Pittsburgh, PA 15241 and further identified as tax parcel 569-R-91 ("Property").

2. The Property has a fair market value of $470,000 which is based upon an appraisal prepared August 11, 2014, by P. James Zak. True and correct copies of selected pages of appraisal are attached hereto as Exhibit "A" (a full copy of the appraisal may be obtained by contacting undersigned counsel).

3. The Property is encumbered by a first position mortgage in favor of Federal National Mortgage Association as serviced by Seterus, Inc. to secure a claim of $570,933.

4. The Property is also encumbered by the following liens (collective the "Liens"):

| Priority | Creditor | Lien Type | Recording Date and Number | Amount Owed* |
|---|---|---|---|---|
| 2 | SunTrust Mortgage Inc. | Mortgage | 9/10/2007 B/V 34438, p. 377 | 97,250.00 |
| 3 | Internal Revenue Service | Federal Tax Lien | 2/09/2010 FTL 10-000349 | 20,033.83 |
| 4 | PA Dept. of Revenue | State Tax Lien | 10/18/2010 GD 10-019505 | 8,156.10 |
| 5 | Whirl Magazine, LLC | Judgment Lien | 1/10/2013 GD 13-000777 | 5,239.14 |
| 6 | Capital One Bank USA | Judgment Lien | 3/01/2013 GD 13-003716 | 3,897.87 |

* Per recording data.

5. All of the Liens are totally under-secured. Therefore pursuant to 11 U.S.C. §506 the Debtor is entitled to have the Liens declared null and void and removed from the Property.

WHEREFORE, the Debtor prays your Honorable Court to enter an order declaring liens of all of the Defendants void and removed from the Property and granting the Debtor such other and further relief as is just.

Respectfully submitted,
/s/ Gary W. Short
Gary W. Short, Esquire   (PA Bar I.D. No. 36794)
Attorney for the Debtor/Plaintiff
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com