IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| NATALIA V. ZAVODCHIKOV, ) | Case No. 14-20014 TPA |
|     Debtor, ) | Chapter 11 |
| NATALIA V. ZAVODCHIKOV, ) | Adversary No. 14-02229 TPA |
|     Plaintiff, ) | Docket No. _____ |
| vs. ) | Pre-Trial Heaging |
| SUNTRUST MORTGAGE, INC., UNITED STATES ) | Dec. 18, 2014 at 1:30 p.m. |
| DEPARTMENT OF THE TREASURY, INTERNAL ) | Answers due Dec. 1, 2014 |
| REVENUE SERVICE, COMMONWEALTH OF ) | |
| PENNSYLVANIA, DEPARTMENT OF REVENUE, ) | |
| WHIRL MAGAZINE, LLC, and CAPITAL ONE ) | |
| BANK, USA, N.A. ) | |
|     Defendants. ) | |

## STIPULATION AND ORDER

AND NOW, this 10th day of November, 2014, it appearing that Defendant, SunTrust Mortgage, Inc. consents to the relief requested by the Debtor in her complaint to determine secured status as to a certain mortgage held by SunTrust Mortgage, Inc;

IT IS HEREBY ORDERED that:

1. The mortgage held by Defendant, SunTrust Mortgage Inc. against the Debtor's residence at 416 Johnston Road, Pittsburgh, PA 15241, tax parcel 569-R-91 ("Property") in the original face amount of $97,250.00 and recorded in Allegheny County on September 10, 2007, at mortgage book volume 34428, page 377 (the "Mortgage') is hereby avoided in its entirety from the Property; and

2. Defendant SunTrust Mortgage, Inc. shall withing 60 days from the entry of this Order file a release of the Mortgage lien from the Property.

CONSENTED TO:

/s/ Gary W. Short
Gary W. Short, Esquire (PA Bar I.D. No. 36794)
Attorney for the Debtor/Plaintiff
212 Windgap Road, Pittsburgh, PA 15237
Tele. (412) 765-0100 / Fax (412) 536-3977
E-mail garyshortlegal@gmail.com

_____
Defendant, Suntrust Mortgage, Inc.
By: Tenesha Melton
Title: Vice President